**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| MICHAEL ROBERSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. |
| v. | : | |
| | : | |
| PENN CREDIT CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF REMOVAL**
**OF DEFENDANT PENN CREDIT CORPORATION**

Defendant PENN CREDIT CORPORATION ("PENN CREDIT"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, hereby gives notice of the removal to this Court of the case styled, *Michael Roberson v. Penn Credit Corporation*, ("State Court Lawsuit "), filed in the County Court of the 18th Judicial Circuit in and for Seminole County, Florida, Case No. 2021CC004091 to the United States District Court for the Middle District of Florida. As grounds for removal, PENN CREDIT states as follows:

**Background**

1. On November 24, 2021, Plaintiff Michael Roberson ("Plaintiff") filed a Complaint in the County Court of the 18th Judicial Circuit in and for Seminole County, Florida. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. PENN CREDIT was served with a Summons and copy of the Complaint on or about December 16, 2021. A true and correct copy of the served summons is attached hereto as Exhibit 5.

3. The Complaint asserted claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

**Federal Question Jurisdiction**

4. This Court has original jurisdiction under 28 U.S.C. § 1331 as Plaintiff alleges violations of a claim or right arising under the laws of the United States. Specifically, Plaintiff's Complaint alleges violations of the FDCPA.

5. Therefore, this action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441 at the request of PENN CREDIT, because Plaintiff's claims arise under the laws of the United States.

**Venue**

6. Under 28 U.S.C. § 1441, the United States District Court for the Middle District of Florida is the proper venue for removal because this suit is pending in the County Court of the 18th Judicial Circuit in and for Seminole County, Florida, which lies within the United States District Court for the Middle District of Florida.

**Procedural Compliance**

7. Removal of this action is timely. 28 U.S.C. § 1446(b)(1) provides, "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" This Notice of Removal is being filed with the United States District Court for the Middle District of Florida within thirty (30) days after PENN CREDIT first received notice of the filing of the Complaint on December 16, 2021.

8. PENN CREDIT attaches to this Notice of Removal a copy of all process, pleadings, and other documents filed in the State Court Lawsuit hereto as follows:

    a. Exhibit 1 – Complaint filed November 24, 2021;

    b. Exhibit 2 – Summons issued by the Clerk dated November 29, 2021;

  c.  Exhibit 3 – Civil Cover Sheet filed November 24, 2021;

  d.  Exhibit 4 – Plaintiff's Discovery Requests filed November 24, 2021;

  e.  Exhibit 5 – Summons Served on Defendant December 21, 2021;

  f.  Exhibit 6 – Case Management Order dated November 29, 2021;

  g.  Exhibit 7 – Notice of Voluntary Dismissal with Prejudice filed January 3, 2022; and

  h.  Exhibit 6 – Seminole County Clerk of Court's Case Detail for Case No. 2021CC004091.

9. PENN CREDIT is serving contemporaneously with this filing a copy of this Notice of Removal upon Plaintiff.  PENN CREDIT will also file with the Clerk for the County Court of the 18th Judicial Circuit in and for Seminole County, Florida, a Notice of Filing of Notice of Removal, as required by 28 U.S.C. § 1446(d).

10. By filing a Notice of Removal in this matter, PENN CREDIT does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue.  No admission of fact, law, or liability is intended by this Notice, and PENN CREDIT specifically reserves the right to assert any defenses and/or objections to which they may be entitled.

11. Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1332, and this action is properly removed to this Court.

WHEREFORE, PENN CREDIT CORPORATION hereby gives notice that the above-captioned action is hereby removed to this Court.

Dated this 14th day of January 2022

                                           Respectfully submitted,

                                           /s/ Adam H. Settle
                                           Adam H. Settle, FL Bar No. 1026828
                                           KAUFMAN DOLOWICH &
                                             VOLUCK, LLP
                                           Four Penn Center
                                           1600 John F. Kennedy Blvd., Suite 1030
                                           Philadelphia, PA 19103
                                           Telephone: (215) 501-7002
                                           Facsimile: (215) 405-2973
                                           Email: asettle@kdvlaw.com

                                           **ATTORNEYS FOR DEFENDANT PENN CREDIT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, a true and correct copy of the foregoing Notice of Removal was delivered via electronic filing on all counsel of record, and/or via first-class mail, postage prepaid, upon the following:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, 17th Floor
Ft. Lauderdale, Florida 33301
Tel: 954-907-1136
Fax: 855-529-9540
Email: jibrael@jibraellaw.com; tom@jibraellaw.com
***Counsel for Plaintiff***

/s/ Adam H. Settle
Adam H. Settle, FL Bar No. 1026828

4857-5785-9081, v. 1