**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL ROBERSON,

    Plaintiff,

v.                                 Case No. 6:22-cv-90-RBD-DCI

PENN CREDIT CORPORATION,

    Defendant.
_____

**ORDER**

On *sua sponte* review, Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 10 ("Notice")) is improper. Defendant has answered the Complaint (*see* Doc. 4), so both parties must stipulate to the dismissal, or Plaintiff must move for a court order. *See* Fed. R. Civ. P. 41(a).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Notice (Doc. 10) is **STRICKEN**. The Clerk is **DIRECTED** to remove it from the docket.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 12, 2022.



ROY B. DALTON JR.
United States District Judge